Kevin J. McInerney, Esq. (46941)
kevin@mcinerneylaw.net
Kelly McInerney, Esq. (200017)
kelly@mcinerneylaw.net
Charles A. Jones, Esq. (224915)
caj@mcinerneylaw.net
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:    (775) 849-3811
Facsimile:    (775) 849-3866

James F. Clapp, Esq. (145814)
jclapp@sdlaw.com
Zachariah P. Dostart, Esq. (255071)
zdostart@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:    (858) 623-4200
Facsimile:    (858) 623-4299

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID A. HOLLIS,** | Civil Case No. 3:10-cv-01949 EMC |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| **WELLS FARGO BANK, N.A.,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: January 2⁸, 2012

_____
Kevin J. McInerney
*Attorney for Plaintiff*

Dated: January 17, 2012

_____
Lindbergh Porter, Jr.
*Attorney for Defendant*

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   **PROOF OF SERVICE**
    *Hollis v. Wells Fargo Bank, N.A.*
2   **United States District Court, Northern District of California**
    **Case No. 3:10-cv-01949 EMC**
3
    ─────────────────────────────────────────────

4   I, the undersigned, declare as follows:

5   I am employed in the County of Washoe, State of Nevada.

6   I am over the age of eighteen (18) years and not a party to the within action; my business address
    is 18124 Wedge Parkway, #503, Reno Nevada, 89511.
7
    On January 24, 2012, I served the foregoing document(s) described as:
8
           STIPULATION OF DISMISSAL
9
    on all interested parties in this action addressed to the addressee as follows:
10
11  Lindbergh Porter, Jr., Esq.                James F. Clapp, Esq.
    lporter@littler.com                         jclapp@sdlaw.com
    Richard H. Rahm, Esq.                       Zachariah P. Dostart, Esq.
12  rrahm@littler.com                           zdostart@sdlaw.com
    LITTLER MENDELSON, PC                       DOSTART CLAPP & COVENEY, LLP
13  650 California St., 22nd Floor              4370 La Jolla Village Drive, Suite 970
    San Francisco, CA 94108                     San Diego, CA 92122
14  Telephone:    (415) 433-1940               Telephone:    (858) 623-4200
    Facsimile:    (415) 399-8490               Facsimile:    (858) 623-4299
15

16  XX_  By CM/ECF.  I electronically transmitted the attached document to the Clerk's Office using
    the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above
17  CM/ECF registrant(s).

18          I declare under penalty of perjury under the laws of the United States of America that the
    above is true and correct.  Executed on January 24, 2012 at Reno, Nevada.
19

20                                          _____
21                                          Jennifer Smith
22
23
24
25
26
27
28
    ─────────────────────────────────────────────
                           PROOF OF SERVICE